IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| RIMS BARBER; CAROL BURNETT; JOAN BAILEY; KATHERINE ELIZABETH DAY; ANTHONY LAINE BOYETTE; DON FORTENBERRY; SUSAN GLISSON; DERRICK JOHNSON; DOROTHY C. TRIPLETT; RENICK TAYLOR; BRANDILYNE MANGUM-DEAR; SUSAN MANGUM; JOSHUA GENERATION METROPOLITAN COMMUNITY CHURCH; CAMPAIGN FOR SOUTHERN EQUALITY; and SUSAN HROSTOWSKI | **PLAINTIFFS** |
| V. | CAUSE NO. 3:16-cv-417-CWR-LRA *consolidated with* CAUSE NO. 3:16-cv-442-CWR-LRA |
| PHIL BRYANT, Governor of Mississippi; JIM HOOD, Attorney General of Mississippi; JOHN DAVIS, Executive Director of The Mississippi Department of Human Services; and JUDY MOULDER, Mississippi State Registrar of Vital Records | **DEFENDANTS** |

**NOTICE OF ENTRY OF APPEARANCE**

Drew L. Snyder enters his appearance in this action as counsel for Defendant Phil Bryant, in his Official Capacity as Governor of the State of Mississippi.

Respectfully submitted, this 7th day of July, 2016.

        PHIL BRYANT, in his official capacity as
        Governor of the State of Mississippi

        /s/ Drew L. Snyder
        Drew L. Snyder (MS Bar #102546)
        OFFICE OF GOVERNOR PHIL BRYANT
        P.O. Box 139
        Jackson, MS  39205
        (601) 359-3150
        Drew.Snyder@governor.ms.gov

        *Counsel for Phil Bryant, in his Official*
        *Capacity as Governor of the State of*
        *Mississippi*

## CERTIFICATE OF SERVICE

  I certify that on July 7, 2016, this document was served on counsel of record through the Court's CM/ECF document filing system.

                /s/ Drew L. Snyder
                Drew L. Snyder