# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| Rims Barber, Carol Burnett, Joan Bailey, Katherine Elizabeth Day, Anthony Laine Boyette, Don Fortenberry, Susan Glisson, Derrick Johnson, Dorothy C. Triplett, Renick Taylor, Brandiilyne Mangum-Dear, Susan Mangum, and Joshua Generation Metropolitan Community Church, <br><br> Plaintiffs, <br> v. <br><br> Phil Bryant, Governor Of Mississippi; Jim Hood, Attorney General Of Mississippi; John Davis, Executive Director Of The Mississippi Department Of Human Services; and Judy Moulder, Mississippi State Registrar Of Vital Records, <br><br> Defendants, | Cause No. 3:16-cv-417-CWR-LRA, consolidated with Cause No. 3:16-cv-442-CWR-LRA, |

## NOTICE OF APPEAL

Defendant Phil Bryant, on behalf of the State of Mississippi, appeals to the United States Court of Appeals for the Fifth Circuit from the preliminary injunction entered on June 30, 2016.

1

Respectfully submitted.

Phil Bryant, in his official capacity as
Governor of the State of Mississippi

By:   /s/ Drew L. Snyder
Drew L. Snyder (Bar No. 102546)
Office of Governor Phil Bryant
P.O. Box 139
Jackson, MS 39205
(601) 359-3150
drew.snyder@governor.ms.gov

Counsel for Phil Bryant,
in his official capacity as
Governor of the State of Mississippi

Dated: July 7, 2016

# CERTIFICATE OF SERVICE

    I certify that on July 7, 2016, this document was served on counsel of record through the Court's CM/ECF Document Filing System.

                      /s/ Drew L. Snyder
                      Drew L. Snyder (Bar No. 102546)
                      Office of Governor Phil Bryant
                      P.O. Box 139
                      Jackson, MS  39205
                      (601) 359-3150
                      drew.snyder@governor.ms.gov

                      Counsel for Phil Bryant,
                      in his official capacity as
                      Governor of the State of Mississippi