IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| Rims Barber, Carol Burnett, Joan Bailey, Katherine Elizabeth Day, Anthony Laine Boyette, Don Fortenberry, Susan Glisson, Derrick Johnson, Dorothy C. Triplett, Renick Taylor, Brandiilyne Mangum-Dear, Susan Mangum, and Joshua Generation Metropolitan Community Church, <br><br>                 Plaintiffs,<br>   v.<br><br>Phil Bryant, Governor Of Mississippi; Jim Hood, Attorney General Of Mississippi; John Davis, Executive Director Of The Mississippi Department Of Human Services; and Judy Moulder, Mississippi State Registrar Of Vital Records,<br><br>                 Defendants, | Cause No. 3:16-cv-417-CWR-LRA, consolidated with Cause No. 3:16-cv-442-CWR-LRA, |

## MOTION TO STAY PRELIMINARY INJUNCTION
## PENDING APPEAL

Defendant Phil Bryant, on behalf of the State of Mississippi, respectfully moves for a stay of the preliminary injunction pending appeal. The grounds for this motion are set forth in the accompanying memorandum of law. We have consulted with counsel for the plaintiffs and they oppose this motion.

1

Respectfully submitted.

Phil Bryant, in his official capacity as
Governor of the State of Mississippi

By:   /s/ Drew L. Snyder
Drew L. Snyder (Bar No. 102546)
Office of Governor Phil Bryant
P.O. Box 139
Jackson, MS 39205
(601) 359-3150
drew.snyder@governor.ms.gov

Counsel for Phil Bryant,
in his official capacity as
Governor of the State of Mississippi

Dated: July 7, 2016

# CERTIFICATE OF SERVICE

I certify that on July 7, 2016, this document was served on counsel of record through the Court's CM/ECF Document Filing System.

   /s/ Drew L. Snyder
Drew L. Snyder (Bar No. 102546)
Office of Governor Phil Bryant
P.O. Box 139
Jackson, MS 39205
(601) 359-3150
drew.snyder@governor.ms.gov

Counsel for Phil Bryant,
in his official capacity as
Governor of the State of Mississippi