IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| Rims Barber, Carol Burnett, Joan Bailey, Katherine Elizabeth Day, Anthony Laine Boyette, Don Fortenberry, Susan Glisson, Derrick Johnson, Dorothy C. Triplett, Renick Taylor, Brandiilyne Mangum-Dear, Susan Mangum, and Joshua Generation Metropolitan Community Church, <br><br> Plaintiffs, <br> vs. <br><br> Phil Bryant, Governor Of Mississippi; Jim Hood, Attorney General Of Mississippi; John Davis, Executive Director Of The Mississippi Department Of Human Services; and Judy Moulder, Mississippi State Registrar Of Vital Records, <br><br> Defendants. | Cause No.: 3:16-cv-417-CWR-LRA <br> *consolidated with* <br> Cause No.: 3:16-cv-442-CWR-LRA |

## **ENTRY OF APPEARANCE**

Mack Austin Reeves enters his appearance in this action as counsel for John Davis, in his Official Capacity as Executive Director of the Department of Human Services.

Respectfully submitted, this 8th day of July, 2015.

/s/ Mack Austin Reeves
Mack Austin Reeves
MS Bar No. 104823
Mississippi Department of Human Services
PO Box 352
Jackson, MS  39205
P: (601) 359-2660
F: (601)-349-4477
Mack.Reeves@mdhs.ms.gov

## CERTIFICATE OF SERVICE

I, the undersigned counsel, certify that, on July 8, 2015, I electronically transmitted the foregoing with the Clerk of the Court using the ECF system.

/s/ Mack Austin Reeves
Mack Austin Reeves