IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| Rims Barber, Carol Burnett, Joan Bailey, Katherine Elizabeth Day, Anthony Laine Boyette, Don Fortenberry, Susan Glisson, Derrick Johnson, Dorothy C. Triplett, Renick Taylor, Brandiilyne Mangum-Dear, Susan Mangum, and Joshua Generation Metropolitan Community Church, <br><br>    Plaintiffs, <br><br>vs. <br><br>Phil Bryant, Governor Of Mississippi; Jim Hood, Attorney General Of Mississippi; John Davis, Executive Director Of The Mississippi Department Of Human Services; and Judy Moulder, Mississippi State Registrar Of Vital Records, <br><br>    Defendants. | Cause No.: 3:16-cv-417-CWR-LRA <br>*consolidated with* <br>Cause No.: 3:16-cv-442-CWR-LRA |

## **MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL**

Defendant John Davis, Executive Director of the Mississippi Department of Human Services, hereby moves this Court for an order granting a stay of the preliminary injunction pending appeal and relies on the grounds set forth in the Memorandum in Support of the Governor's Motion to Stay Preliminary Injunction Pending Appeal (Docket No. 47 in Cause No. 3:16-cv-417). The Governor consulted with Plaintiffs concerning his Motion to Stay Preliminary Injunction Pending Appeal, and they indicated that they oppose it. As a result, Defendant Davis understands that Plaintiffs oppose his motion seeking identical relief on the same grounds.

1

Dated: July 8, 2016

/s/ Mack Austin Reeves
Mack Austin Reeves
MS Bar No. 104823
Mississippi Department of Human Services
PO Box 352
Jackson, MS 39205
P: (601) 359-2660
F: (601)-349-4477
Mack.Reeves@mdhs.ms.gov

Counsel for Defendant John Davis, Executive Director of the Mississippi Department of Human Services

## CERTIFICATE OF SERVICE

I certify that on July 8, 2016, I caused the foregoing document to be served on all counsel of record through the Court's CM/ECF Document Filing System.

Certified this 8th day of July, 2016.

By: <u>/s/ Mack Austin Reeves</u>