IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CAMPAIGN FOR SOUTHERN EQUALITY and
THE REV. DR. SUSAN HROSTOWSKI**                      **PLAINTIFFS**

**V.**                                **CIVIL ACTION NO. 3:16cv442-CWR-LRA**

**PHIL BRYANT, in his official capacity as
Governor of the State of Mississippi; et al.**                            **DEFENDANTS**

**<u>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS, PHIL
BRYANT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF
MISSISSIPPI AND JOHN DAVIS, IN HIS OFFICIAL CAPACITY AS EXECUTIVE
DIRECTOR OF THE MISSISSIPPI DEPARTMENT OF HUMAN SERVICES</u>**

COMES NOW, Tommy D. Goodwin ("movant") and hereby moves this Court for an order permitting movant to withdraw as counsel of record for Defendants, Phil Bryant, in his official capacity as Governor of the State of Mississippi and John Davis, in his official capacity as Executive Director of the Mississippi Department of Human Services, and states in support as follows:

1. Movant is currently counsel of record for Defendants Phil Bryant, in his official capacity as Governor of the State of Mississippi and John Davis, in his official capacity as Executive Director of the Mississippi Department of Human Services in the above referenced cause.

2. Movant requests that the Court enter an order permitting his withdrawal as counsel for Defendants Bryant and Davis.

3. Defendants Bryant and Davis do not oppose the movant's request.

4. Movant's withdrawal will not prejudice any party and will not produce any unnecessary delay.

5. Granting movant's motion will not leave Defendants Bryant or Davis unrepresented.

New attorneys have already made an entry of appearance on behalf of Governor Bryant and Executive Director Davis and have filed a Notice of Appeal and a Motion to Stay the Preliminary Injunction Pending Appeal on their behalf [See Docket #40-46].

6.      Movant has consulted with counsel for Plaintiffs and has been advised that Plaintiffs do not oppose this motion.

**WHEREFORE PREMISES CONSIDERED**, movant, Tommy D. Goodwin, respectfully requests that the Court enter an order permitting him to withdraw as counsel for Defendants, Phil Bryant, in his official capacity as Governor of the State of Mississippi and John Davis, in his official capacity as Executive Director of the Mississippi Department of Human Services.

Respectfully submitted, this the 12th day of July, 2016.

```
                            BY:    /s/Tommy D. Goodwin
                                   Tommy D. Goodwin (Bar No. 100791)
                                   Ms. Bar No. 100791
                                   Civil Litigation Division
                                   P.O. Box 220
                                   Jackson, MS 39205
                                   Telephone: (601) 359-3680
                                   Facsimile: (601) 359-2003
                                   tgood@ago.state.ms.us
```

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the ECF system which transmitted a copy to all counsel of record.

This, the 12th day of July, 2016.

                                                /s/Tommy D. Goodwin
                                                Tommy D. Goodwin