# Exhibit A

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K GARRISON   1946-1991
RANDOLPH E PAUL   (1946-1956)
SIMON H RIFKIND   1950-1995
LOUIS S WEISS   (1927-1950)
JOHN F WHARTON   (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3086

WRITER'S DIRECT FACSIMILE
(212) 492-0086

WRITER'S DIRECT E-MAIL ADDRESS
rkaplan@paulweiss.com

UNIT 3601, OFFICE TOWER A  BEIJING FORTUNE PLAZA
NO 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR  HONG KONG CLUB BUILDING
3A CHATER ROAD CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU  U K
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU TOKYO 100-0011 JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
PO BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET NW
WASHINGTON DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE  SUITE 200
POST OFFICE BOX 32
WILMINGTON DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W ABBOTT
EDWARD T ACKERMAN
JACOB A ADLERSTEIN
ALLAN J ARFFA
ROBERT A ATKINS
DAVID J BALL
SCOTT A BARSHAY
JOHN F BAUGHMAN
LYNN B BAYARD
DANIEL J BELLER
CRAIG A BENSON
MITCHELL L BERG
MARK S BERGMAN
DAVID M BERNICK
BRUCE BIRENBOIM
H CHRISTOPHER BOEHNING
ANGELO BONVINO
JAMES L BROCHIN
RICHARD J BRONSTEIN
DAVID W BROWN
SUSANNA M BUERGEL
PATRICK S CAMPBELL*
JESSICA S CAREY
JEANETTE K CHAN
GEOFFREY R CHEPIGA
ELLEN N CHING
WILLIAM A CLAREMAN
LEWIS R CLAYTON
JAY COHEN
KELLEY A CORNISH
CHRISTOPHER J CUMMINGS
CHARLES E DAVIDOW
THOMAS V DE LA BASTIDE III
ARIEL J DECKELBAUM
ALICE BELISLE EATON
ANDREW J EHRLICH
GREGORY A EZRING
LESLIE GORDON FAGEN
MARC FALCONE
ROSS A FIELDSTON
ANDREW C FINCH
BRAD J FINKELSTEIN
BRIAN P FINNEGAN
ROBERTO FINZI
PETER E FISCH
ROBERT C FLEDER
MARTIN FLUMENBAUM
ANDREW J FOLEY
HARRIS B FREIDUS
MANUEL S FREY
ANDREW L GAINES
KENNETH A GALLO
MICHAEL E GERTZMAN
ADAM M GIVERTZ
SALVATORE GOGLIORMELLA
ROBERT D GOLDBAUM
NEIL GOLDMAN
ROBERTO J GONZALEZ*
CATHERINE L GOODALL
ERIC GOODISON
CHARLES H GOOGE JR
ANDREW G GORDON
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A GUTENPLAN
GAINES GWATHMEY, III
ALAN S HALPERIN
JUSTIN G HAMILL
CLAUDIA HAMMERMAN
BRIAN S HERMANN
MICHELE HIRSHMAN
MICHAEL S HONG
DAVID S HUNTINGTON
AMRAN HUSSEIN
LORETTA A IPPOLITO
BRIAN M JANSON

JAREN JANGHORBANI
MEREDITH J KANE
ROBERTA A KAPLAN
BRAD S KARP
PATRICK N KARSNITZ
JOHN C KENNEDY
BRIAN KIM
ALAN W KORNBERG
DANIEL J KRAMER
DAVID K LAKHDHIR
STEPHEN P LAMB*
JOHN E LANGE
GREGORY F LAUFER
DANIEL J LEFFELL
XIAOYU GREG LIU
JEFFREY D MARELL
MARCO V MASOTTI
EDWIN S MAYNARD
DAVID W MAYO
ELIZABETH R McCOLM
MARK F MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B MICHAEL
TOBY S MYERSON
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B O BRIEN
ALEX YOUNG K OH
BRAD R OKUN
KELLEY D PARKER
MARC E PERLMUTTER
VALERIE E RADWANER
CARL L REISNER
LORIN L REISNER
WALTER G RICCIARDI
WALTER RIEMAN
RICHARD A ROSEN
ANDREW N ROSENBERG
JACQUELINE P RUBIN
RAPHAEL M RUSSO
ELIZABETH M SACKSTEDER
JEFFREY D SAFERSTEIN
JEFFREY B SAMUELS
DALE M SARRO
TERRY E SCHIMEK
KENNETH M SCHNEIDER
ROBERT B SCHUMER
JOHN M SCOTT
STEPHEN J SHIMSHAK
DAVID R SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J SIMONS
AUDRA J SOLOWAY
SCOTT M SONTAG
TARUN M STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F TARNOFSKY
MONICA K THURMOND
DANIEL J TOAL
LIZA M VELAZQUEZ
LAWRENCE G WEE
THEODORE V WELLS JR
STEVEN J WILLIAMS
LAWRENCE I WITDORCHIC
MARK B WLAZLO
JULIA MASON WOOD
JENNIFER H WU
BETTY YAP*
JORDAN E YARETT
KAYE N YOSHINO
TONG YU
TRACEY A ZACCONE
TAURIE M ZEITZER
T ROBERT ZOCHOWSKI, JR

*NOT ADMITTED TO THE NEW YORK BAR

June 16, 2016

**By FedEx**

Custodian of Records
The Honorable Phil Bryant
Governor of Mississippi
Office of the Governor
P.O. Box 139
Jackson, MS 39205

*Mississippi Public Records Act Request*

To Whom It May Concern:

      On behalf of our client the Campaign for Southern Equality, we write under the Mississippi Public Records Act of 1983, Miss. Code Ann. §§ 25-61-1 et seq., to request an opportunity to inspect or obtain copies of public records (as defined in § 25-61-3(b)) related to the following:

1. Correspondence or communications between the office of Governor Phil Bryant and the Alliance Defending Freedom ("ADF") or any of its employees, agents, or affiliates.

2. Correspondence or communications between the office of Governor Phil Bryant and the American Family Association ("AFA") or any of its employees, agents, or affiliates.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

3. Correspondence or communications between the office of Governor Phil Bryant and any other individual, organization, or entity that assisted in the drafting of, advised on, or lobbied on behalf of HB 1523, the "Protection Freedom of Conscience from Government Discrimination Act." H.B. 1523, 2016 Reg. Sess. (Miss. 2016).

4. Correspondence or communications between the office of Governor Phil Bryant and any department, agency or division within the executive branch of government related to HB 1523, the "Protection Freedom of Conscience from Government Discrimination Act." H.B. 1523, 2016 Reg. Sess. (Miss. 2016).

5. Correspondence or communications between the office of Governor Phil Bryant and any department, agency or division within the executive branch of government related to HB 1523, the "Protection Freedom of Conscience from Government Discrimination Act." H.B. 1523, 2016 Reg. Sess. (Miss. 2016).

6. Correspondence or communications between the office of Governor Phil Bryant and any member of the Mississippi legislature or their staffs related to HB 1523, the "Protection Freedom of Conscience from Government Discrimination Act." H.B. 1523, 2016 Reg. Sess. (Miss. 2016).

If there are any fees for searching or copying these records, please inform me if the cost will exceed $50. However, I would also like to request a waiver of all fees in that the disclosure of the requested information is in the public interest and will contribute significantly to the public's understanding of passage HB 1523. This information is not being sought for commercial purposes.

The law requires that you respond to and fulfill this request no later than seven working days from the receipt of this request for the production of the record. § 25-61-5(1)(a). If you are unable to do so, the law requires that you provide me with a written explanation, stating that the requested record will be produced and specifying with particularity why the records cannot be produced with the seven day period. § 25-61-5(1)(b).

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

3

       If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law.

       Thank you for considering our request.

Sincerely,

*[signature]*

Roberta A. Kaplan